UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SAGAR SAGAR,
Petitioner,
v.
MARK BOWEN, et al.,
Respondents.

Case No. 5:26-cv-00214-WLH-SP

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [21]**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which respondents have objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE **ORDERED** that: (1) petitioner's claim alleging a procedural due process violation due to improper revocation of his Special Immigrant Juvenile status is denied; (2) petitioner's claim alleging a procedural due process violation related to the improper revocation of his parole is granted; (3) respondents are permanently enjoined and restrained from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation hearing before a neutral decisionmaker, that

petitioner presents a flight risk or danger to the community; and (4) Judgment be entered granting in part and denying in part the Petition.

**IT IS SO ORDERED.**

Dated: September 22, 2026

HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE