JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAGAR SAGAR, Petitioner, v. MARK BOWEN, et al., Respondents. | Case No. 5:26-cv-00214-WLH-SP **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the Petition is **GRANTED IN PART** and **DENIED IN PART**.

Dated: September 22, 2026

HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE